P. J. TIERNEY SONS, INC., Respondent, *v.* MICHAEL BAJOWSKI, Appellant.

(Argued November 23, 1931; decided January 5, 1932.)

*Samuel Silinsky* for appellant.

*Abraham Shamos, Eugene Untermyer* and *Edward M. Bratter* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.